Audrey GUZMAN, Nicanor Guzman, Jessica Guzman, a minor, and Steven Guzman, a minor, by their Guardian ad Litem, Plaintiffs-Respondents,

v.

ST. FRANCIS HOSPITAL, INC., American Continental Insurance Company and Wisconsin Patients Compensation Fund, Defendants-Appellants,

ST. FRANCIS HOSPITAL, Defendant-Third-Party Plaintiff,

James SULLIVAN, M.D., Physicians Insurance Company of Wisconsin, Richard Fitzpatrick, M.D., and Southeastern Emergency Medical Services, S.C., Third-Party Defendants-Appellants,

XY & Z INSURANCE COMPANY, Third-Party Defendant.

Supreme Court

*No. 98–2710. Oral argument April 5, 2000.—Decided May 2, 2000.*

2000 WI 34

(Also reported in 609 N.W.2d 166.)

For defendants-appellants, St. Francis Hospital, Inc. and American Continental Insurance Company, there were briefs (in the court of appeals) by *John A. Nelson, Timothy W. Feeley* and *von Briesen, Purtell & Roper, S.C.*, Milwaukee.

For defendant-appellant, Wisconsin Patients Compensation Fund, there were briefs (in the court of appeals) by *Steven J. Caulum* and *Bell, Gierhart & Moore, S.C.*, Madison, and *William H. Levit, Jr., Michael B. Apfeld,* and *Godfrey & Kahn, S.C.*, Milwaukee, and oral argument by *Michael B. Apfeld.*

For the third-party defendant-appellant, James Sullivan, M.D., there were briefs (in the court of appeals) by *Paul Kelly, Amy Doyle* and *Schellinger & Doyle, S.C.,* Waukesha.

For the third-party defendant-appellant, Richard Fitzpatrick, M.D., there were briefs (in the court of appeals) by *Lori Gendelman, Jeffrey J.P. Conta* and *Otjen, Van Ert, Lieb & Weir, S.C.*, Milwaukee.

For the third-party defendant-appellant, Southeastern Emergency Medical Services, S.C., there were briefs (in the court of appeals) by *Mary Lee Ratzel, Peter F. Mullaney* and *Peterson, Johnson & Murray, S.C.,* Milwaukee.

For the third-party defendants-appellants there was oral argument by *John S. Skilton* and *Foley and Lardner*, Madison.

For the plaintiffs-respondents there was a brief (in the court of appeals) by *Ted M. Warshafsky* and *Warshafsky, Rotter, Tarnoff, Reinhardt & Bloch, S.C.*, Milwaukee, and *Edward E. Robinson* and *Cannon & Dunphy, S.C.*, of counsel, Brookfield, and oral argument by *Ted M. Warshafsky*.

An amicus curiae brief was filed by *David M. Skoglind* and *Aiken & Scoptur, S.C.*, Milwaukee, on behalf of the Wisconsin Academy of Trial Lawyers.

An amicus curiae brief was filed by *Richard H. Middleton, Jr., Ned Miltenberg*, and the *Association of Trial Lawyers of America*, Washington, D.C., and *Merrick R. Domnitz* and *Domnitz, Mawicke & Goisman, S.C.*, Milwaukee, on behalf of the Association of Trial Lawyers of America.

¶ 1.  PER CURIAM. The court is equally divided on whether to affirm or reverse the order of the circuit court for Milwaukee County. Chief Justice Abrahamson, Justices Bablitch and Bradley would affirm. Justices Wilcox, Crooks and Sykes would reverse. Justice Prosser did not participate.

¶ 2.  When a certification or bypass results in a tie vote by this court, the better course of action is to vacate our decision to accept certification or bypass and remand the cause to the court of appeals. *State v. Richard Knutson, Inc.*, 191 Wis. 2d 395, 396–97, 528 N.W.2d 430 (1995) (remanding to court of appeals on a tie vote on certification); *State v. Elam*, 195 Wis. 2d 683, 684–85, 538 N.W.2d 249 (1995) (restating rule but

declining to remand to court of appeals on a tie vote on bypass because court of appeals had previously decided issue).

¶ 3.   Accordingly, we vacate our order granting bypass and remand to the court of appeals.

*By the Court.*—Order granting bypass vacated and cause remanded to the court of appeals.